**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6979**

ENOC ALCANTARA-MENDEZ,

             Petitioner – Appellant,

        v.

SARA M. REVELL, Warden of FMC Butner; ROSA E.
RODRIGUEZ-VELEZ, U.S. Attorney,

             Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
Chief District Judge.  (5:11-hc-02101-D)

Submitted:  October 31, 2012        Decided:  November 8, 2012

Before GREGORY, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Enoc Alcantara-Mendez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enoc Alcantara-Mendez, a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition without prejudice and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Alcantara-Mendez v. Revell, No. 5:11-hc-02101-D (E.D.N.C. Feb. 15 & May 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED